■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE RICHARDS, Appellant. [830 NYS2d 896]—Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered February 25, 2005, convicting defendant, after a jury trial, of robbery in the first degree and sentencing him to a term of 10 years, unanimously affirmed.

The court properly excluded evidence of alleged third-party culpability, the probative value of which was minimal and was outweighed by its prejudicial effect (*see People v Schulz*, 4 NY3d 521, 528-529 [2005]; *People v Mane*, 36 AD3d 1079 [2007]). Inasmuch as defendant did not assert a constitutional right to introduce the excluded evidence, his constitutional argument is unpreserved (*see People v Angelo*, 88 NY2d 217, 222 [1996]; *People v Morris*, 21 AD3d 830, 831 [2005]), and we decline to review it in the interest of justice. Were we to review this claim, we would find no violation of defendant's right to present a defense (*see Crane v Kentucky*, 476 US 683, 689-690 [1986]).

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Friedman, Buckley, Catterson and Malone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERRILL DUDLEY, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about June 1, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Buckley, Catterson and Malone, JJ.